# Affidavit of Process Server

| Flex Property AB | vs | Health Media Network, LLC | 1:16-CV-5673 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **CHRIS ANGLE**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Health Media Network, LLC**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $ _____ witness fee and mileage
☐ **Summons, Complaint, Exhibits A-E, Exhibits 1-5**

by serving (NAME) **Health Media Network, LLC**
at ☐ Home
☒ Business **9 Old Kings Hwy So., Darien, CT**
☐ on (DATE) **6/15/16** at (TIME) **1:44 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **ERIKA KALLESTROM, OFFICE MGR.**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ,( ) ,( )
DATE TIME DATE TIME DATE TIME
( ) ,( ) ,( )
DATE TIME DATE TIME DATE TIME

**Description:**
| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☒ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me,
A notary public, this **16** day of **June** 20**16**

Notary Public

SERVED BY **6/16/16**
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

*(Notary seal: Tomeka S Robinson, Notary Public, Connecticut, My Commission Expires April 30, 2018)*

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS