**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| T-REX PROPERTY AB,<br><br>                Plaintiff,<br>    v.<br><br>HEALTH MEDIA NETWORK, LLC,<br><br>                Defendant. | Civil Action No.:  1:16-cv-5673<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff T-Rex Property AB, by and through its attorneys, pursuant to Federal Rules of Civil Procedure 6(b) and 12(a), moves this Court for an extension of time for Defendant Health Media Network, LLC to respond to Plaintiff's Complaint in this action, and the currently noticed deadline by which the parties must submit their Initial Status Report and appear for an initial status hearing.  Defendant Health Media Network, LLC has agreed to this Motion.  In support of this Motion, Plaintiff states as follows:

1. On May 27, 2016, Plaintiff filed its Complaint in this action.

2. On June 15, 2016, Defendant was served with Plaintiff's Complaint, making its answer due on July 6, 2016.

3. On July 6, 2016, Plaintiff's counsel and Defendant's counsel conferred and agreed, subject to the Court's approval, to extend Defendant's time to answer or otherwise respond to the complaint to August 5, 2016.

4. The parties agree that an extension will permit them to negotiate settlement while conserving judicial resources.

Accordingly, Plaintiff requests that the Court enter an order extending Defendant's time to respond or otherwise answer the Plaintiff's Complaint to August 5, 2016, and schedule thereafter at the Court's convenience the date on which the parties must submit the initial status report and appear for an initial status hearing.

Dated: July 6, 2016                Respectfully submitted,


                                       */s/ William Cory Spence*_____
William Cory Spence
Jacob Robert Graham
SPENCE, P.C.
405 N. Wabash Ave., Suite P2E
Chicago, Illinois 60611
Tel: (312) 704-8882
William.Spence@spencepc.com
Jacob.Graham@spencepc.com

*Counsel for Plaintiff*
*T-Rex Property AB*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2016, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.


*/s/ William Cory Spence*

William Cory Spence
