# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| T-REX PROPERTY AB, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH MEDIA NETWORK, LLC, <br><br> Defendant. | Case No.: 16-cv-5673 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, I hereby submit notice that the above-captioned action is voluntarily dismissed with prejudice against defendant Health Media Network, LLC.

Dated: September 13, 2016

Respectfully submitted,

*/s/ William Cory Spence*
William Cory Spence
Jacob Robert Graham
SPENCE, P.C.
405 N. Wabash Ave., Ste. P2E
Chicago, IL 60611
312-404-8882
william.spence@spencepc.com
jacob.graham@spencepc.com
*Counsel for Plaintiff*
*T-Rex Property AB*

# CERTIFICATE OF SERVICE

   I, William Cory Spence, an attorney, certify that on September 13, 2016, I caused a copy of the foregoing Notice of Voluntary Dismissal to be electronically filed with the United States District Court for the Northern District of Illinois Eastern Division and served same on defendant Health Media Network, LLC via email and via regular mail at the address below.

  Health Media Network, LLC
  9 Old Kings Highway South
  Darien, CT 06820
  United States


*/s/ William Cory Spence*
William Cory Spence
Jacob Robert Graham
SPENCE, P.C.
405 N. Wabash Ave., Ste. P2E
Chicago, IL 60611
312-404-8882
william.spence@spencepc.com
jacob.graham@spencepc.com
*Counsel for Plaintiff*
*T-Rex Property AB*